# EXHIBIT A

SCANNED

NOV 1 4 2011

U.S. DISTRICT COURT MPLS

